Exhibit D



James Thaler
Head of Americas, News Content
516.972.1903
james.thaler@tr.com
https://www.theinsurer.com/

**NOTE: Our WB Media Group e-mail addresses have been phased out, and either james.thaler@tr.com or james.thaler@thomsonreuters.com work best moving forward**

**From:** Cyber Risk Insurer <newsletters@theinsurer.com>
**Sent:** Tuesday, July 9, 2024 12:51 PM
**To:** james.thaler@wbmediagroup.com
**Subject:** [EXT] Kroll DFIR leadership team exits, including Leonard, Ackerman, and Demonte

**External Email:** Use caution with links and attachments.



**EXCLUSIVE**

Tuesday, July 9, 2024

# Kroll DFIR leadership team exits, including Leonard, Ackerman, and Demonte

Kroll's senior leadership team within its digital forensics and incident response (DFIR) unit have left the company - including Jim Leonard, Devon Ackerman, and Ben Demonte - and are expected to reemerge at a rival firm in the coming weeks, **Cyber Risk Insurer** can reveal.



According to sources, the executives left their posts sometime in the last week over disagreements with the direction of the unit.

The departures also include Kelly McManus, who has been an SVP for cyber risk within Kroll's cyber risk solutions division.

According to sources, the executives who have departed the Kroll DFIR team are expected to reemerge in the coming weeks at a rival cybersecurity firm with a presence in Europe that is looking to expand into the US.

Sources also said there are likely other Kroll DFIR executives who have either already exited the company or are planning to, and that some staff may end up pursuing new opportunities individually, rather than moving collectively as a team.

All of the executives have been longtime colleagues at Kroll.

Leonard had been with Kroll for 12 years across two stints, most recently serving as associate managing director for cyber insurance solutions for the Americas, EMEA, and the Asia-Pacific regions.



**Ben Demonte spent the last 12 years with Kroll, latterly as COO for cyber and previously NA cyber practice leader, after spending 20 years working for the FBI**

He first worked at Kroll from 2005 to 2012, when the company was acquired by Marsh McLennan and previously spent time in the US Marine Corp.

Demonte had been Kroll's chief operating officer for cyber for the last three years, after four years as its North America cyber practice leader. He had been with Kroll for a dozen years, after 15 years with the FBI, where he served as a senior digital forensic examiner.

Ackerman spent eight years at Kroll, most recently as global service line leader for DFIR after serving as North America practice lead and head of DFIR services for North America. He previously worked for the FBI for nine years, most recently as supervisory special agent.



**Jim Leonard had worked at Kroll for 13 years across two stints, including when the firm was owned by Marsh McLennan**

UK-based McManus had been with Kroll for seven years after earlier holding roles at XL Catlin and ProSight Specialty, before it was rebranded to Coaction.

Alabama-based HIllary Parkins left Kroll in April after nine years with the company to join IronGate Cybersecurity, a DFIR firm launched in 2023 by former WTW executive Joe DePaul and Stephen Ramey, who was previously at Sompo International and DFIR firm Arete.



**Devon Ackerman had spent the last eight years at Kroll as Global Service Line Leader for Digital Forensics & Incident Response, is a noted cybersecurity author, and previously worked for the FBI**

Kroll-owner Duff & Phelps was acquired by a private equity consortium led by Stone Point Capital and Further Global in 2020 in a $4.2bn transaction, after which the entire firm rebranded under the Kroll name in 2022.

A spokesperson for Kroll has been contacted for comment.

## LATEST ARTICLES

# Beazley adds Marsh's Snowdon as head of cyber risk wordings

# Resilience parts ways with NA head of claims Comerford

# Cyber rates still falling but "some indications" of market firming

## STREAMING NOW ON THE INSURER TV

# Arbol CEO: $60mn Series B funding to target US homeowners insurance



Parametric insurer Arbol plans to target the US homeowners insurance market after completing a $60mn Series B funding round in April.

# Arbol CEO: $60mn Series B funding to target US homeowners insurance

Parametric insurer Arbol plans to target the US homeowners insurance market after completing a $60mn Series B funding round in April.

# Arbol CEO: $60mn Series B funding to target US homeowners insurance

## Supercede's Ben Rose has done it all and he can play the piano better than you

 Underwriting, broking, consulting, start-up co-founder, concert pianist – the list goes on. It's certainly apparent that Supercede's Ben Rose is a man of many talents.

## Supercede's Ben Rose has done it all and he can play the piano better than you

Underwriting, broking, consulting, start-up co-founder, concert pianist – the list goes on. It's certainly apparent that Supercede's Ben Rose is a man of many talents.

## Supercede's Ben Rose has done it all and he can play the piano better than you

## Swiss Re's Holzheu: Falling interest rates unlikely to lessen industry returns



The US P&C industry recorded a return on equity of 14 percent in the first quarter, according to Swiss Re, with the reinsurer's latest sector outlook forecasting full-year returns of 9.5 percent for 2024 and 10.0 percent in 2025.

# Swiss Re's Holzheu: Falling interest rates unlikely to lessen industry returns

The US P&C industry recorded a return on equity of 14 percent in the first quarter, according to Swiss Re, with the reinsurer's latest sector outlook forecasting full-year returns of 9.5 percent for 2024 and 10.0 percent in 2025.

# Swiss Re's Holzheu: Falling interest rates unlikely to lessen industry returns

# RiverStone's Tanzer: Scale critical as legacy market demand shifts towards capital release



Up to 70 percent of recent legacy deals have been driven by capital management strategies rather than a need to tackle distressed portfolios, according to RiverStone International CEO Luke Tanzer.

# RiverStone's Tanzer: Scale critical as legacy market demand shifts towards capital release

Up to 70 percent of recent legacy deals have been driven by capital management strategies rather than a need to tackle distressed portfolios, according to RiverStone International CEO Luke Tanzer.

# RiverStone's Tanzer: Scale critical as legacy market demand shifts towards capital release

# Futures Academy: the hottest ticket in town

 More than 150 students are set to explore the London market over a two-week programme that will help them determine whether they want to pursue a career in insurance.

# Futures Academy: the hottest ticket in town

More than 150 students are set to explore the London market over a two-week programme that will help them determine whether they want to pursue a career in insurance.

# Futures Academy: the hottest ticket in town

